# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:22mj9243 |
| | : | |
| Plaintiff, | : | |
| | : | MAJISTRATE JUDGE |
| -vs- | : | JENNIFER DOWDELL ARMSTRONG |
| | : | |
| LEMARK ROBERSON, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |

Undersigned counsel, Carolyn M. Kucharski, enters a Notice of Appearance of Counsel on behalf of the defendant in the above-captioned case.  Please add Carolyn M. Kucharski to the docket as lead counsel for Mr. Roberson.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928


*/s/Carolyn M. Kucharski*
CAROLYN M. KUCHARSKI
Assistant Federal Public Defender
Ohio Bar:  0062119
1660 West Second Street, #750
Cleveland, OH 44113
(216)522-4856 Fax:(216)522-4321
E-mail: carolyn_kucharski@fd.org