# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:22mj9243 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE |
| | : | JENNIFER DOWDELL ARMSTRONG |
| vs. | : | |
| | : | |
| LEMARK ROBERSON, | : | **NOTICE OF APPEARANCE** |
| | : | **OF CO-COUNSEL** |
| | : | |
| Defendant. | : | |

Undersigned counsel, Ashlynn Rotta Mejia, enters a Notice of Appearance of Co-Counsel on behalf of LeMark Roberson in the above-captioned case.  Please add Ashlynn Rotta Mejia to the docket as co-counsel for Mr. Roberson.

        Respectfully submitted,

        STEPHEN C. NEWMAN
        Federal Public Defender
        Ohio Bar: 0051928

        */s/Ashlynn Rotta Mejia*
        ASHLYNN ROTTA MEJIA
        Attorney at Law
        Ohio Bar: 0100465
        1660 West Second Street, Suite #750
        Cleveland, OH 44113
        (216) 522-4856 Fax: (216)522-4321
        E-mail: ashlynn_rotta-mejia@fd.org