AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:22mj9243 |
| MeMark Roberson | ) | |
|  | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Courtroom No.:  via video conference |
|---|---|
|  | Date and Time:  11/17/22 10:30 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  11/15/2022

s/Jennifer Dowdell Armstrong
*Judge's signature*

Jennifer Dowdell Armmstrong U.S. Magistrate Judge
*Printed name and title*

**Print**          **Save As...**          **Reset**