# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CASE NO. 1:22MJ9243 |
| | * |
| | * |
| LEMARK ROBERSON | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

[✔] In accordance with Standing Order 2020-06, this Court finds:

[✔] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✔] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other: _____

_____

Date: 11/17/2022

s/Jennifer Dowdell Armstrong
United States Magistrate Judge